31 A.3d 654

**Herbert D. BROWN Jr., Petitioner**

v.

**Listaree M. BRICKEY and the Honorable Lisette Shirdan–Harris, Respondents.**

**No. 70 EM 2011.**

Supreme Court of Pennsylvania.

Nov. 2, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of November, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.